UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES-CLEMENT; (family of RUSSELL), Affiant, Real Party of interest, private attorney General, Sovereign, Informant on Information to this Court, Relator, Third Party agent for JAMES C. RUSSELL, a FICTITIOUS ACTOR only in name-style; ex rel. United States of America (Republic);<br><br>Plaintiff,<br><br>v.<br><br>LENDING CONNECTION, INC., and FLAGSTAR BANK, INC., and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS (MERS), and NORTHWEST TRUSTEE SERVICES, INC., and SANDRA PARKER, in her private capacity, and NICK ASHBY, in his private capacity,<br><br>Defendants. | NO. CV-07-3082-RHW<br><br>**ORDER DENYING MOTION FOR RECONSIDERATION; MOTION TO QUASH** |

On April 30, 2008, the Court granted Defendant's Motion to Dismiss (Ct. Rec. 44). On April 28, 2008, Plaintiff filed a Motion to Quash a Deficiency Notice from a Clerk of a Foreign Court (Ct. Rec. 42). On May 8, 2008, Plaintiff filed a "Dismissal of Dismissal by Foreigner Impersonating an Article III Judge," which the Court construed as a Motion for Reconsideration (Ct. Rec. 45).

The Court has reviewed Plaintiff's pleadings and finds that there is no basis to reconsider its previous order granting Defendant's Motion to Dismiss.

**ORDER DENYING MOTION FOR RECONSIDERATION; MOTION TO QUASH** ~ 1

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff's Motion to Quash a Deficiency Notice from a Clerk of a Foreign Court (Ct. Rec. 42) is **DENIED**.

2. Plaintiff's Dismissal of Dismissal by Foreigner Impersonating an Article III Judge (Ct. Rec. 45) is **DENIED**.

3. The District Court Executive is directed to **close** the file.

4. The District Court Executive shall not accept any subsequent filings in the above-captioned case, except for a notice of appeal.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, forward copies to the Plaintiff and counsel, and close the file.

**DATED** this 19th day of May, 2008.

*s/ Robert H. Whaley*

ROBERT H. WHALEY
Chief United States District Judge

Q:\CIVIL\2007\Russell\dismiss4.wpd

**ORDER DENYING MOTION FOR RECONSIDERATION; MOTION TO QUASH ~ 2**